# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0425.  DOUNDLEY A. EDWARDS v. U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST ON BEHALF OF THE JPMAC 2006-CW1 TRUST.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Doundley Edwards appealed to the superior court. The plaintiff filed a motion to dismiss the appeal for untimeliness and to enforce the writ of possession, which the trial court granted on March 28, 2019. Edwards then filed his application for discretionary review in this Court on April 8, 2019. We, however, dismiss his request for discretionary review for lack of jurisdiction.

Appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

Doundley's application for discretionary review is untimely because it was filed 11 days after the order was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc.*, 311 Ga. App. at 335-336. Accordingly,  the application for discretionary review is hereby DISMISSED for lack of jurisdiction. See *Boyle*, 190 Ga. App. at 734.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __05/01/2019__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*